Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−24294−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Thomas J. Austin
48 Hillside Avenue
Caldwelll, NJ 07006

Janette Austin
48 Hillside Avenue
Caldwelll, NJ 07006

Social Security No.:
xxx−xx−2785

xxx−xx−7088

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on October 12, 2018.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 16, 2018
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 18-24294-RG
Thomas J. Austin                                                                          Chapter 13
Janette Austin
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 2            Date Rcvd: Oct 16, 2018
                              Form ID: 148               Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2018.
db/jdb         +Thomas J. Austin,   Janette Austin,   48 Hillside Avenue,   Caldwelll, NJ 07006-5206
cr             +WELLS FARGO BANK, N.A.,   Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,   Suite 100,
                Mt. Laurel, NJ 08054-3437
517756136      +Cavalry SPV I, LLC,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite 200,
                Tucson, AZ 85712-1083
517705347      +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
                Addison, Texas 75001-9013
517649572      +Toyota Motor Credit,   P.O. Box 10536,   Atlanta, GA 30310-0536

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 16 2018 23:20:13     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 16 2018 23:20:12     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Oct 17 2018 03:08:00     Synchrony Bank c/o PRA Receivables Management, LLC,
                PO BOX 41021,   Norfolk, VA 23541-1021
517649571      +EDI: AMEREXPR.COM Oct 17 2018 03:08:00     American Express,   200 Vesey Street,
                New York, NY 10285-0002
517749530       EDI: BECKLEE.COM Oct 17 2018 03:08:00     American Express National Bank,
                c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
517726146       EDI: RESURGENT.COM Oct 17 2018 03:08:00     LVNV Funding, LLC its successors and assigns as,
                assignee of FNBM, LLC,   Resurgent Capital Services,   PO Box 10587,
                Greenville, SC 29603-0587
517651311      +EDI: RMSC.COM Oct 17 2018 03:08:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk, VA 23541-1021
517749517       EDI: BL-TOYOTA.COM Oct 17 2018 03:08:00     Toyota Motor Credit Corporation,
                c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
517757354      +EDI: AIS.COM Oct 17 2018 03:08:00     Verizon,   by American InfoSource as agent,
                4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517709266      +EDI: WFFC.COM Oct 17 2018 03:08:00     Wells Fargo Bank, N.A.,   Default Document Processing,
                N9286-01Y,   1000 Blue Gentian Road,   Eagan, MN 55121-1663
517692930       EDI: WFFC.COM Oct 17 2018 03:08:00     Wells Fargo Bank, N.A.,
                1000 Blue Gentian Road N9286-01Y,   Eagan, MN  55121-7700
517694651      +EDI: WFFC.COM Oct 17 2018 03:08:00     Wells Fargo Bank, National Association,   P.O. Box 6165,
                El Monte, CA 91734-6165
517649573       EDI: WFFC.COM Oct 17 2018 03:08:00     Wells Fargo Home Mortgage,   P.O. Box 10335,
                Des Moines, IA 50306-0335
                                                                                               TOTAL: 13

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2018 at the address(es) listed below:
          Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@logs.com,
           njbankruptcynotifications@logs.com
          Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Evelyn D. Latse    on behalf of Joint Debtor Janette  Austin edlatse@yahoo.com
          Evelyn D. Latse    on behalf of Debtor Thomas J. Austin edlatse@yahoo.com

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Oct 16, 2018
                              Form ID: 148             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                   TOTAL: 8